IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHARIFA AHMAD, *Plaintiff,* v. EQUIFAX INFORMATION SERVICES LLC, et al., *Defendants.* | CIVIL ACTION NO. 23-839 |

**PAPPERT, J.**                                                                                             September 8, 2023

## ORDER

**AND NOW**, this 8th day of September 2023, upon consideration of Plaintiff Sharifa Ahmad's Complaint (ECF No. 1) and Equifax Information Services LLC's Motion to Dismiss the Complaint (ECF No. 9), it is **ORDERED** that:

1. The Motion is **GRANTED** and the claims against Equifax are **DISMISSED** without prejudice.

2. Ahmad may file an Amended Complaint consistent with the Court's Memorandum on or before **October 13, 2023**. Should Ahmad fail to file an Amended Complaint, the Court may dismiss the case with prejudice.

BY THE COURT:

/s/ Gerald J. Pappert
GERALD J. PAPPERT, J.